450 A.2d 1046

Rose v. Meyer, Appellant.

Submitted March 6, 1980.   Daniel F. Wolfson, for appellant; Harold E. Stambaugh, for appellee.

Before CERCONE, P.J., WATKINS and MONTGOMERY, JJ.

Decree affirmed.